JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ALLEN JR., <br><br> Petitioner, <br><br> v. <br><br> B. GRADY, Acting Complex Warden, <br><br> Respondent. | No. CV 21-9120-DSF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

DATED: May 13, 2022

_____
DALE S. FISCHER
United States District Judge